# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 20, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155340

JAMES FARRIS,
      Plaintiff-Appellant,

v

                                       SC: 155340
                                       COA: 329816
                                       Antrim CC: 14-008902-NM

COUNTY OF ANTRIM and WILLIAM M.
HERRERAN,
          Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the January 10, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      WILDER, J., did not participate because he was on the Court of Appeals panel.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 20, 2018



                              Clerk

s0209